UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DARON BARCLAY,<br><br>        Petitioner,<br><br>    v.<br><br>J. WOODFORD,<br><br>        Respondent. | Case No. CV 06-1983 GAF(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation. Although not material to the outcome of this matter, the Court nonetheless notes that one of the cases cited in the Report and Recommendation at pages 20-21, Kessee v. Mendoza-Powers, __ F.3d __, 2009 WL 1758744 *1 (9th Cir. June 23, 2009), has since been amended in non-pertinent part and superseded by Kessee v. Mendoza-Powers, __ F.3d __, 2009 WL 2170081 (9th Cir. July 22, 2009).

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 10, 2009

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE