UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID DARON BARCLAY, | ) | Case No. CV 06-1983 GAF(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. WOOFORD, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: August 10, 2009

*[signature]*

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE